Anna V. GALE, Appellant, v. David FREIDENRICH, Trustee in Bankruptcy of the Estate of Atlas Smelting, Mining & Refining Corporation, Bankrupt, Appellee.

No. 7381.

Circuit Court of Appeals, Ninth Circuit.

W. W. Sanderson, of San Francisco, Cal., for appellant.

Heller, Ehrman, White & McAuliffe and Hayes & Wren, all of San Francisco, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

This is an appeal from a disallowance of a claim in bankruptcy based upon an award of the Industrial Accident Commission of the state of California. Since the appeal was taken, Congress has enacted an amendment to the Bankruptcy Act authorizing the allowance of such a claim in bankruptcy and making the act applicable to all pending proceedings (Act June 7, 1934, §

4, amending section 63, subd. (a), adding clause (6), thereto, and subdivision (b), 11 USCA § 103). The parties have stipulated to submit the appeal without brief or argument other than reference to the above-mentioned Act of June 7, 1934.

Order reversed, and matter remanded to the District Court for allowance of the claim with priority as provided by the act of Congress; each party to pay his own costs on appeal.